## Commonwealth ex rel. Nibbio, Appellant, *v.* Johnston.

Submitted December 12, 1958. Before RHODES, P. J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.

*Guistino Nibbio,* appellant, in propria persona.

*Charles L. Durham* and *Juanita Kidd Stout,* Assistant District Attorneys, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, March 18, 1959:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge MILNER, as reported in 16 Pa. D. & C. 2d 252.